IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-02217-ZLW-BNB

OXYMAGIC FRANCHISE DEVELOPMENT, CORP. f/k/a CRYSTAL DRY, INC. d/b/a OXYMAGIC, an Oklahoma corporation,

    Plaintiff,

v.

JONATHAN BARNETT, an individual resident of Colorado;
OXI FRESH FRANCHISING CO., INC. f/k/a OXIPOWER FRANCHISING CO., INC. f/k/a OXYPOWER FRANCHISING CO., INC., a Colorado corporation;
OXI FRESH OF DENVER, INC. f/k/a OXIPOWER OF DENVER, INC. f/k/a OXYPOWER OF DENVER, INC., a Colorado corporation;
OXYMAGIC, LLC d/b/a OXYMAGIC OF DENVER, a Colorado limited liability company;
BARNETT ENTERPRISES CORP. f/k/a J. L. BARNETT ENTERPRISES, INC., a Colorado corporation; and
CROSSOVER MINISTRIES, INC., a Colorado corporation

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: January ___31___, 2007

    It is ORDERED that Plaintiff's unopposed Motion For Leave For Joinder Of Parties And Amendment Of The Pleadings (Doc. No. 21) is granted.  Plaintiff's First Amended Complaint (Doc. No. 21-2) is hereby accepted for filing.