IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02217-ZLW-BNB

OXYMAGIC FRANCHISE DEVELOPMENT, CORP., f/k/a CRYSTAL DRY, INC., d/b/a OXYMAGIC, an Oklahoma corporation,

Plaintiffs,

v.

JONATHAN BARNETT, an individual resident of Colorado,
OXI FRESH FRANCHISING CO., INC., f/k/a OXIPOWER FRANCISING CO., INC., f/k/a OXYPOWER FRANCISING CO., INC., a Colorado corporation,
OXI FRESH OF DENVER, INC., f/k/a OXIPOWER OF DENVER, INC., f/k/a OXYPOWER OF DENVER, INC., a Colorado corporation,
OXYMAGIC, LLC, d/b/a OXYMAGIC OF DENVER, a Colorado limited liability company,
BARNETT ENTERPRISES CORP., and
CROSSOVER MINISTRIES, INC.

Defendants.
_____

**ORDER**
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **May 1, 2007**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated April 17, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge