IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-2217-ZLW-BNB

OXYMAGIC FRANCHISE DEVELOPMENT, CORP.,
f.k.a. CRYSTAL DRY, INC.,
d.b.a. OXYMAGIC,
an Oklahoma corporation,

    Plaintiff,

v.

JONATHON BARNETT, an individual resident of Colorado;

OXI FRESH FRANCHISING CO., INC.,
f.k.a. OXIPOWER FRANCISING CO., INC.,
f.k.a. OXYPOWER FRANCISING CO., INC.,
a Colorado corporation;

OXI FRESH OF DENVER, INC.,
f.k.a. OXIPOWER OF DENVER, INC.,
f.k.a. OXYPOWER OF DENVER, INC.,
a Colorado corporation; and

OXYMAGIC, LLC,
d.b.a. OXYMAGIC OF DENVER,
a Colorado limited liability company,

    Defendants.
_____

ORDER OF DISMISSAL
_____

    Pursuant to and in accordance with the Stipulation Of Dismissal Of Case signed by the attorneys for the parties hereto, it is

ORDERED that the Complaint and cause of action, including all claims and counterclaims asserted herein, are dismissed with prejudice, the parties to pay their own attorneys' fees and costs. It is

FURTHER ORDERED that the Court retains continuing jurisdiction over this action for the purposes of enforcing the parties' settlement agreement underlying this dismissal.

DATED at Denver, Colorado, this __9__ day of May, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court